NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JCA 03-286

STATE OF LOUISIANA

VERSUS

M.S.C., ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20000763 A-G
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

AFFIRMED.

Leah Antoinette Beard
825 Kaliste Saloom Road
Brandywine I, Room 218
Lafayette, LA 70508
(337) 262-1555
Counsel for: Plaintiff/Appellee
State of LA., Office of Community Services

**Harold Lee Domingue  Jr.**
**Attorney at Law**
**2701 Johnston St., Suite 230**
**Lafayette, LA 70503**
**(337) 234-6003**
**Counsel for: Defendant/Appellee**
**E.S.**

**Gregory L. Thibodeaux**
**Attorney at Law**
**115 W. Main**
**Lafayette, LA 70501**
**(337) 232-8445**
**Counsel for: Defendant/Appellee**
**M.J.C.**

**Vivian Veron Neumann**
**Attorney at Law**
**P. O. Box 2220**
**Lafayette, LA 70502**
**(337) 237-1113**
**Counsel for: Defendant/Appellant**
**M.M.C.**

**Michelle A. Breaux**
**Attorney at Law**
**249 Hector Street**
**Jennings, LA 70546**
**(337) 824-5633**
**Counsel for: Plaintiff/Appellee**
**State of LA., Office of Community Services**

**Marcus Anthony Allen Sr. Esq.**
**Attorney at Law**
**413 Lee Ave.**
**Lafayette, LA 70501**
**(337) 289-1762**
**Counsel for: Defendants/Appellees**
**M.S.C.**
**T.M.C.**
**L.M.C.**
**L.R.C.**
**B.J.C.**
**J.M.C.**
**L.N.C.**